UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

                    Plaintiff,                                          Case No: 1:13-cr-10

v.                                                                      HON. JANET T. NEFF

ANDYS M. NOGUERA-TAMAYO,

                    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

        The Court has reviewed the Report and Recommendation filed April 23, 2013 by the United

States Magistrate Judge in this action.  The Report and Recommendation was duly served on the

parties, and no objection has been made thereto within the time required by law.

        THEREFORE, IT IS ORDERED that:

        1.  The Report and Recommendation of the Magistrate Judge (Dkt 71) is APPROVED and

ADOPTED as the opinion of the Court.

        2.  Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charge

set forth in Count One of the Indictment.

        3.  The written plea agreement is hereby continued under advisement pending sentencing.


Dated:  May 13, 2013                                    /s/Janet T. Neff
                                                        JANET T. NEFF
                                                        United States District Judge